■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRISH FRIERSON, Appellant. [695 NYS2d 361] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered June 11, 1997, convicting defendant, after a jury trial, of one count of criminal sale of a controlled substance in or near school grounds and one count of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

Limited expert testimony, by an officer who was also a fact

witness, concerning methods used by drug dealers to avoid being found in possession of drugs and buy money was properly admitted to explain the non-recovery of the buy money (*see, People v Hunt,* 249 AD2d 246, *lv denied* 92 NY2d 899). Such testimony did not suggest a large-scale drug conspiracy (*see, People v McAllister,* 255 AD2d 241, *lv denied* 93 NY2d 876). Concur—Sullivan, J. P., Nardelli, Wallach, Andrias and Buckley, JJ.